IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>ZUICHUDESECAI, et al.,<br><br>  Defendants. | Case No. 19-cv-00551<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Young B. Kim** |

**PLAINTIFF MONSTER ENERGY COMPANY'S
RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION**

  Plaintiff Monster Energy Company ("MEC") hereby provides the following response to Defendant Vaporever Biotech (Huizhou) Co., Limited's ("Defendant") Motion for Extension [37]. Plaintiff provided Defendant's counsel with screenshot evidence confirming Defendant's infringement via email on February 13, 2019. Plaintiff confirmed Defendant's number on Schedule A (which is still under seal) via email on February 14, 2019.

  Plaintiff's counsel did not yet respond to multiple voicemails left on February 18, 2019 since Plaintiff's counsel's office was closed in observance of Presidents' Day and since Defendant has not been served. Regardless, Plaintiff does not object to providing Defendant thirty days to answer, or until March 21, 2019.

Dated this 19th day of February 2019.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
aneu@gbc.law

*Counsel for Plaintiff Monster Energy Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to attorneys of record.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
aneu@gbc.law

*Counsel for Plaintiff Monster Energy Company*