# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MONSTER ENGERGY COMPANY, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZUICHUDESECAI, et al. ) <br> ) <br> ) <br> Defendants. ) <br> ) | Case No. 19-cv-00551 <br><br> Judge: Jorge L. Alonso <br><br> Magistrate Judge Young B. Kim |

## NOTICE OF MOTION

On Tuesday, February 26, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for VAPOREVER BIOTECHNOLOGY (HUIZHOU) CORPORATION, LIMITED shall appear before the Honorable Jorge L., Alonso, in courtroom 1903 and present its Motion for Extension of Time to Answer or Otherwise filed herewith.

Respectfully submitted,

*Dated: February 18, 2019*

*/s/ Frank Y. Gao*
ABC Patent Service, LLC
1261 21st Street, Wilmette, IL 60091
Telephone: (614) 806-0302
Frank_gao@yahoo.com

**Attorney for Defendant,
Vaporever Biotechnology (Huizhou) Corporation, Limited**

## CERTIFICATE OF SERVICE

**I hereby certify that on February 18, 2019, I electronically filed the foregoing Motion and Notice of Motion using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.**

*/s/ Frank Y. Gao*
ABC Patent Service, LLC
1261 21st Street, Wilmette, IL 60091
Telephone: (614) 806-0302
Frank_gao@yahoo.com

**Attorney for Defendant,
Vaporever Biotechnology (Huizhou) Corporation, Limited**
