```
 1                   IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                              EASTERN DIVISION

 3    MONSTER ENERGY COMPANY,              )  Docket No. 19 C 00551
                                           )
 4                   Plaintiff,            )  Chicago, Illinois
                                           )  February 14, 2019
 5            v.                           )  9:37 a.m.
                                           )
 6    THE PARTNERSHIPS,                    )
                                           )
 7                   Defendants.           )

 8
                      TRANSCRIPT OF PROCEEDINGS - Status
 9                 BEFORE THE HONORABLE JORGE L. ALONSO

10
      APPEARANCES:
11

12    For the Plaintiff:    GREER, BURNS & CRAIN, LTD., by
                            MR. JUSTIN R. GAUDIO
13                          300 South Wacker Drive
                            Suite 2500
14                          Chicago, IL 60606

15
      For the Defendant Vaporever Biotechnology:
16
                            ABC PATENT SERVICE, LLC, by
17                          MR. FRANK GAO
                            1261 21st Street
18                          Wilmette, IL 60091

19

20    Court Reporter:       LISA H. BREITER, CSR, RMR, CRR
                            Official Court Reporter
21                          219 S. Dearborn Street, Room 1902
                            Chicago, IL 60604
22                          (312) 818-6683
                            lisa_breiter@ilnd.uscourts.gov
23

24

25
```

1       (In open court.)
2           THE COURT:  Let's call Monsters.
3           THE CLERK:  19 C 551, Monsters Energy vs.
4   Partnerships.
5           MR. GAUDIO:  Good Morning, Your Honor.  Justin Gaudio
6   for plaintiff.
7           MR. GAO:  Good Morning, Your Honor.  I represent
8   Vaporever Biotechnology, Huizhou, China.
9           THE COURT:  I'm sorry, sir, one more time.
10          MR. GAO:  This is Frank Gao, patent lawyer working for
11  ABC Patent Service.
12          THE COURT:  All right.  Counsel, give me your name one
13  more time.  You have not filed an appearance in the case.
14          MR. GAO:  Yes.  I called yesterday.  I do not know
15  which, you know, number in defendant, so I did not file the
16  appearance.  I called plaintiff law firm, didn't got any number
17  for the defendant.  I know plaintiff filed -- filed also
18  against bunch of defendants.
19          THE COURT:  That's correct.  Mr. Gaudio, why don't we
20  start with you, sir.
21          MR. GAUDIO:  Yes, Your Honor.  Today we're here
22  seeking to extend the temporary restraining order.  Some of the
23  third parties have complied, notably Paypal.  We're still
24  waiting on others, wish.com and Alipay, to comply, which is the
25  reason for the extension.

1    Mr. Gao did reach out yesterday. We provided him --
2 to us, to counsel. We provided him with screenshots and other
3 evidence regarding his defendant and asked for information
4 regarding sales and the extent of their activity. This
5 defendant is particularly troubling in that our client sent
6 them a cease and desist letter in May of 2018.
7    From Chinese counsel, they said that they would stop
8 and that they had no money. They didn't stop, and it turns out
9 they do have some money. Over $2 million has flown through
10 that Paypal account. About 73,000 is restrained is what we
11 know at this point. So we believe the extension remains proper
12 with respect to all defendants including this one and ask that
13 the Court extend it for 14 days.
14    THE COURT: Okay. And what is your position regarding
15 the physical appearance of counsel here today?
16    MR. GAUDIO: The TRO extension should just still be
17 entered. There's no evidence to contradict what's in our
18 papers that have already been submitted with sworn declarations
19 as well as my representations to the Court today for this
20 particular defendant.
21    THE COURT: Counsel is saying that he can't file an
22 appearance in the case because he doesn't know which
23 defendant -- he can't file his appearance because he doesn't
24 know the number of the defendant in the case.
25    Have you provided him with information regarding the

1    specific defendants in the case?

2             MR. GAUDIO:  Schedule A is still sealed since third
3    parties are effectuating it, but we can provide him the number
4    of his defendant later today.  He could also file an appearance
5    using the name of the company, which is how they're listed in
6    Schedule A.  But we will let him know what number they appear
7    as in Schedule A.

8             THE COURT:  All right.  So I'll direct you to do that
9    today.

10            And Counsel, you have not filed your appearance.  This
11   is an *ex parte* order.  I am going to grant the order, but
12   before I do that, anything regarding the order that's before me
13   today?  It's an order seeking an extension of the temporary
14   restraining order that I entered previously.  I entered it on
15   January 31st of this year.

16            MR. GAO:  Your Honor, I -- you know, it's -- my client
17   doesn't want have extension.  And he never -- you know, he
18   offer it's like mom and pop store, didn't have enough
19   resources.  And also he sells electronic cigarette flavoring,
20   not drink.  And his use of Monster, Inc., Energy -- Monster
21   Energy just fair use.

22            I -- I ask Court to not grant plaintiff's extension of
23   TRO.  You know, it's better not grant any TRO.  Basically my
24   client is doing a lot of business of selling flavors, not
25   drink, and his use is just fair use.  And I think plaintiff

1  made a mistake on our defendant.  We have not infringed any
2  trademark, his client's trademark.  It's just fair use.  He
3  should not have any extension, should not have any TRO, and
4  it's unfair to my client.
5         And my client called me yesterday.  I did not know any
6  previous cease and desist letter.  I did not know.  But he told
7  me he has Paypal account 70,000, and he want to do business
8  selling e-cigarette flavoring, not Monster Energy drink.  He
9  has nothing to do with Monster Energy drink.  He's not in
10 business selling any drink.
11        You know, another thing is I do not think plaintiff is
12 likely going to be success on the merits.  There is adequate --
13 adequate remedy at law exists, irreparable harm.  There is no
14 irreparable harm if the injunction granted.  I'm asking Court
15 just dismiss our -- my defendant.
16        Also, I want to file oral motion for severance.
17 Basically I know plaintiff has lot of investigators.  He bought
18 a -- he went to different website, purchased some different
19 products thinking they're in violation of his client -- client
20 Monster Energy drink, but they are not from the same
21 transactions, I'm pretty sure.  They all from different
22 transactions.  Different time, different date, different
23 investigators.
24        So I ask Court to sever all the defendants to
25 individual lawsuits so we can deal with individually.

1           THE COURT:  Mr. Gaudio, regarding the flavoring versus
2    drink argument?
3           MR. GAUDIO:  Your Honor, our client has trademark
4    coverage that counters that, which would cause a likelihood of
5    confusion that this is affiliated or sponsored by our client.
6    And I have an image of the product I'd like to hand up.
7          (Document tendered to the Court.)
8           MR. GAUDIO:  Our counsel also has a copyright
9    registration on the claw identical to the one shown on the
10   bottle.  So either way, whether it's under trademark or
11   copyright, this is a clear violation of our client's rights,
12   selling a vape juice that is using our client's name and
13   trademark and copyright.
14          THE COURT:  All right.  I am going to grant the
15   motion.  It's appropriate to do so, and it's appropriate to do
16   so in *ex parte* fashion.
17          Counsel, your oral motions are going to be denied at
18   this point without prejudice.  You have not filed your
19   appearance yet.  You haven't filed any motion yet.
20          This motion's going to be granted.  Mr. Gaudio's going
21   to share with you information regarding the number of the
22   defendant so that you can file your appearance and any other
23   motion that you feel is appropriate, and then I will rule on
24   those motions.  We'll hear from both sides, and then I'll rule,
25   okay?

1     The TRO is extended upon a showing of good cause based
2  upon the failure of those third parties to comply with the TRO.
3  It is extended for 14 days until 2-28, February 28th.  I won't
4  set any other court dates at this point.
5     And that bond is still in place, Mr. Gaudio?
6     MR. GAUDIO:  That's correct.
7     THE COURT:  All right.  Thank you.  I'll hand back the
8  document to you.
9     (Document tendered to counsel.)
10     MR. GAUDIO:  Your Honor, looking ahead, we've been
11  down this road a number of times before.  And what tends to
12  happen is the night before hearing, something will get filed
13  objecting, and that includes declarations usually with just
14  conclusory statements.
15     So we would ask for some kind of schedule over the
16  next 14 days for either expedited discovery regarding anything
17  that the defendant plans to use in contesting the preliminary
18  injunction or that a brief be filed by a certain date so that
19  we have time to review it and respond to it prior to the 14-day
20  deadline.
21     THE COURT:  Counsel?
22     MR. GAO:  You know, I still need time to talk my
23  client.  You know, you know, daytime right now is their
24  nighttime.  It's hard to get him.
25     You know, again, it's really prejudicial to my client

```
 1  to set out 14 days.  And, you know, my client told me --
 2          THE COURT:  All right.  The extension was over your
 3  objection, sir.  I will note that you have not filed an
 4  appearance.  If you don't file an appearance, I won't consider
 5  anything that is filed.
 6          Obviously if there's no appearance filed, then I won't
 7  hear from you next time if we're in the same situation.  If you
 8  haven't filed an appearance and you haven't filed anything
 9  else, you won't be heard by the Court.
10          MR. GAO:  Sorry, Your Honor.
11          THE COURT:  The extension today was over your
12  objection.  That's clear.
13          MR. GAO:  Okay.
14          THE COURT:  I'm not going to enter any other orders
15  today, okay?  Thank you.
16          MR. GAUDIO:  Thank you.
17     (Concluded at 9:48 a.m.)
18                     * * * * * * * * * *
19                    C E R T I F I C A T E
20     I certify that the foregoing is a correct transcript of the
21  record of proceedings in the above-entitled matter.
22
23  /s/ LISA H. BREITER                      February 18, 2018
    LISA H. BREITER, CSR, RMR, CRR
24  Official Court Reporter
25
```