IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENGERGY COMPANY, )<br>)<br>) | Case No. 19-cv-00551 |
| Plaintiff, )<br>) | |
| ) | Judge: Jorge L. Alonso |
| v. ) | |
| ) | Magistrate Judge Young B. Kim |
| ZUICHUDESECAI, et al. )<br>)<br>) | |
| Defendants. )<br>) | |

## MOTION FOR VAPOREVER BIOTECH (HUIZHOU) CO., LIMITED IN SUPPORT OF ITS MOTION TO STAY DISCOVERY AND DISMISS COMPLAINT

Movant-defendant VAPOREVER BIOTECH (HUIZHOU) CO, LIMITED (hereinafter "Vaporever") appears through counsel solely to present its motion to stay discovery and dismiss the complaint based on and without waiving the following Rules 12 defenses:

- Rule 12(b)(2) for lack of personal jurisdiction over Vaporever, a Chinese company having no presence and having committed no acts in Illinois;

- Rule 12(b)(4) for insufficient process in view of the fact that Vaporever has never seen any process;

- Rule 12(b)(5) for insufficient service of process based on lack of service of summons and complaint and failure of Plaintiff Monster Energy Company (herein after "Monster") to establish compliance with requirements for service under the Hague Convention;

- Rule 12(b)(6) for failure to state a claim upon which relief can be granted; and

- Rules 20 and 21 for claims against all defendants since they are not arising out of the same transaction, occurrence, or series of transactions or occurrences.

- Undersigned counsel certifies that a copy of this motion will be served on Plaintiff via CM/ECF system.

- For the reason stated above, Defendant respectfully request that the Complaint (Doc 1) to defendant Vaporever be dismissed or severed.

Respectfully submitted,

*/s/ Frank Y. Gao*
ABC Patent Service, LLC
1261 21st Street, Wilmette, IL 60091
Telephone: (614) 806-0302
Frank_gao@yahoo.com

**Attorney for Defendant,
Vaporever Biotechnology (Huizhou) Corporation, Limited**

# CERTIFICATE OF SERVICE

      **I hereby certify that on March 20, 2019, I electronically filed the foregoing Motion and Notice of Motion using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.**

*/s/ Frank Y. Gao*
ABC Patent Service, LLC
1261 21st Street, Wilmette, IL 60091
Telephone: (614) 806-0302
Frank_gao@yahoo.com

**Attorney for Defendant,
Vaporever Biotechnology (Huizhou) Corporation, Limited**
